# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3904

_____

United States of America,

        Appellee,

v.

Larry D. Wills,

        Appellant.

\*
\*
\*
\*
\* Appeal from the United States
\* District Court for the
\* Western District of Missouri.
\*
\* [UNPUBLISHED]
\*

_____

Submitted: February 6, 2009
Filed: February 17, 2009

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Larry Wills pleaded guilty to eight charges involving fraud and money laundering. He now appeals his 48-month prison sentence, arguing that remand is required because the district court[1] did not specifically address the 18 U.S.C. § 3553(a) factors or explain the chosen sentence. Wills made no objection to this at sentencing. The record reveals that before imposing sentence, the district court heard statements from both counsel and adopted the parties' agreed-upon advisory Guidelines imprisonment range of 46-57 months. We are thus satisfied that the court

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

had a reasoned basis for the selected sentence, <u>see</u> <u>Rita v. United States</u>, 127 S. Ct. 2456, 2468 (2007), and there is no indication that Wills would have received a lower sentence had the court more explicitly explained its decision, <u>see</u> <u>United States v. Pate</u>, 518 F.3d 972, 975 (8th Cir. 2008).  Accordingly, we affirm.

_____